IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

Jerry Goldstein, et al. :

    Plaintiffs, :

                                   Case No. 2:10-CV-1000

vs. : Judge Sargus

                               : Magistrate Judge Deavers

Christopher Miller, et al.

    Defendants. :

### Notice Of Appearance Of Counsel

Attorney John A. Yaklevich hereby enters his appearance as trial counsel for defendants John E. Rayl, Charles A. Koenig, Michael Humecki, Deep Dog Properties, LLC, Trilink Properties, LLC, Medano Properties, LLC and Toltec Properties, LLC in the above-captioned action. Attorney Yaklevich's contact information is as set forth in the signature block immediately below.

                                Respectfully submitted,

                                **/s/ John A. Yaklevich, Esq. (0025588)**
                                John A. Yaklevich, Esq. (0025588)
                                Moore & Yaklevich
                                326 South High Street, Suite 300
                                Columbus, Ohio 43215
                                (614)241-2156
                                Fax (614) 241-5909
                                jayyaklevich@aol.com
                                Attorney for the Defendants
                                John E. Rayl, Charles A. Koenig, Michael
                                Humecki, Deep Dog Properties, LLC,
                                Trilink Properties, LLC, Medano
                                Properties, LLC and Toltec Properties, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing has been electronically filed and served upon all counsel of record this 10th day of December, 2010.

/s/ John A. Yaklevich (0025588)
John A. Yaklevich, Esq.