AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JERRY GOLDSTEIN, ET AL.,**

    **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

**v.**

                              **CASE NO.  C2-10-1000**
**JOHN E. RAYL, ET AL.,**         **JUDGE EDMUND A. SARGUS, JR.**
                                      **MAGISTRATE JUDGE E.A. PRESTON DEAVERS**

    **Defendants.**

    ___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the ORDER filed January 4, 2012, JUDGMENT is hereby entered DISMISSING this action.**

Date: January 4, 2012                          JAMES BONINI, CLERK

                                                  */S/ Andy F. Quisumbing*
                                                  (By) Andy F. Quisumbing
                                                  Courtroom Deputy Clerk